In the Matter of the Claim of GEORGE TAYLOR, Appellant, v RALEIGH HOTEL et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted July 16, 2007; decided September 11, 2007

Reported below, 35 AD3d 1053.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ANDRZEJ TERCJAK, Respondent, v JADWIGA TERCJAK, Appellant.

Submitted June 25, 2007; decided September 11, 2007

Reported below, 2007 NY Slip Op 68812(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.